**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 323 EAL 2014
:
                Petitioner : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
      v. :
:
:
:
RAMEEK HUDSON, :
:
           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.